

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00729-CV

Cynthia L. **LOWERY**,
Appellant

v.

**BANK OF AMERICA, N.A.,** successor by merger to BAC Home Loan Servicing, LP,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-03291
Honorable Gloria Saldana, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

It is ORDERED that the appellee, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, recover the costs of this appeals from the appellant, Cynthia L. Lowery.

SIGNED October 23, 2013.

_____
Luz Elena D. Chapa, Justice